# EXHIBIT F

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |  |
|---|---|---|
| ─────────────────────────── x | : | Case No.: 8:14-cv-00357-JDW-AEP |
| LINDA ROUNDTREE, Individually and On Behalf of Others Similarly Situated, | : : : | |
| Plaintiff, | : : | |
| vs. | : : | |
| BUSH ROSS, P.A., | : : | |
| Defendant. | : : | |
| ─────────────────────────── x | | |

**DECLARATION OF PLAINTIFF LINDA ROUNDTREE IN SUPPORT OF
RENEWED MOTION FOR CLASS CERTIFICATION
<u>AND APPOINTMENT OF CLASS COUNSEL</u>**

I, LINDA ROUNDTREE, do declare:

1. I am the Plaintiff and the proposed class representative in the above-titled action.

2. I respectfully submit this declaration in support of Plaintiff's Renewed Motion for Class Certification. I have personal knowledge of the matters referred to herein.

3. In February 2013, I received a letter from Bush Ross, P.A. about an alleged debt to North Bay Village Condominium Association. This was the first letter I received from Bush Ross, and it is attached as Exhibit A to the Class Action Complaint I filed in this matter and Exhibit A to my Renewed Motion for Class Certification.

1

4. In its February 2013 letter to me, Bush Ross sought to collect not only monies allegedly due to my association, but also its purported attorneys' fees and expenses. I have never entered into an agreement of any kind with Bush Ross and have never agreed to pay monies to them.

5. In August 30, 2013, Bush Ross, on behalf of North Bay Village Condominium Association, filed a lawsuit against me in Hillsborough County Court to foreclose on my home. Included with the county court complaint was a one-page "Notice Required By the Fair Debt Collection Practices Act," which stated, among other things, that I had 30 days to dispute the debt. I included a copy of the Notice as Exhibit B to my Class Action Complaint and as Exhibit C to my Renewed Motion for Class Certification.

6. I have been actively involved in the prosecution of this Action since its inception.

7. My claims are typical of the claims of the members of the proposed Classes I seek to represent because all of our claims arise from the same misleading debt collection letter from Bush Ross and the same misleading Notice served by Bush Ross with its foreclosure complaints.

8. I am committed to fairly and adequately protecting the interests of the members of the Classes. I understand my responsibilities as a class representative, and am committed to acting in the best interests of members of the Classes.

9. I have retained Greenwald Davidson PLLC to represent me in this case. I am in regular communication with my counsel regarding the status of this case. I have thoroughly participated in discovery, including searching for documents relevant to my

case and answering interrogatories, and am prepared to make all necessary strategic decisions involving this case in the best interests of the members of the Classes I seek to represent. In addition, my attorneys are experienced in class action litigation.

10. I am committed to making sure any resolution of this case takes into account the best interests of the members of the Classes and to obtaining the monetary relief that is available to them should the Court find certification to be appropriate. I also believe that Bush Ross should change its debt collection activities to come into compliance with Federal law.

11. Any Class-wide resolution of this case must be in the best interests of all members of the Classes I seek to represent and I am committed to looking out for the best interests of all Class members.

12. I respectfully request that the Court grant my Renewed Motion for Class Certification, name me as Class Representative, and appoint my counsel as Class Counsel.

I declare, under penalty of perjury, that the foregoing is true and correct.

June 10, 2014

_____
LINDA ROUNDTREE